# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Michael Prescott Bobbitt            Docket No. 5:03-CR-268-1F

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Prescott Bobbitt, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924, Possession of a Firearm by a Convicted Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on April 27, 2004, to the custody of the Bureau of Prisons for a term of 97 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

Michael Prescott Bobbitt was released from custody on January 7, 2011, at which time the term of supervised release commenced. On September 13, 2011, a violation report was submitted to the court reporting the defendant had been charged in Hoke County, NC, with the offense of Communicating Threats. The court agreed to continue supervision until the charge was resolved in state court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 15, 2012, the defendant was convicted in Hoke County District Court of the aforementioned Communicating Threats offense. The defendant continues to deny guilt in this offense and has appealed his conviction to Hoke County Superior Court. Despite his denial, the defendant has agreed to attend a cognitive behavior program as a sanction for this conduct. We feel this program will assist the defendant in developing employment and better decision making skills.

Michael Prescott Bobbitt
Docket No. 5:03-CR-268-1F
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Eddie J. Smith<br>Eddie J. Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: March 9, 2012 |

### ORDER OF COURT

Considered and ordered this 14th day of March, 2012, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge